**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

**No.** 25-2849

Jaromir Kovarik; Daria Kovarikova vs. United States of America, et al.

Calendar Date Oct. 19, 2026 Location Philadelphia, PA

**ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL**

Receipt acknowledged by: Kathleen E. Lyon

Designation of Arguing Counsel: Kathleen E. Lyon

Member of the Bar: ☐ Yes ☑ No

Representing (check only one):

☐ Petitioner(s) ☐ Appellant(s) ☐ Intervenor(s)

☐ Respondent(s) ☑ Appellee(s) ☐ Amicus Curiae

Please list the name of the lead party being represented:

United States of America; Commissioner of Internal Revenue

---

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)