**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

**No.** 25-2849

Jaromir Kovarik; Daria Kovarikova vs. United States; Commissioner of Internal Revenue Service

## ENTRY OF APPEARANCE

Please list the names of **all** parties represented, using additional sheet(s) if necessary:

United States and Commissioner of Internal Revenue Service in the official capacity

Indicate the party's role IN THIS COURT (check **only** one):

- [ ] Petitioner(s)
- [ ] Appellant(s)
- [ ] Intervenor(s)
- [ ] Respondent(s)
- [x] Appellee(s)
- [ ] Amicus Curiae

(Type or Print) Counsel's Name Francesca Ugolini (co-counsel)

- [ ] Mr.
- [x] Ms.
- [ ] Mrs.
- [ ] Miss
- [ ] Mx.

Firm US Department of Justice, Civil Division, Tax Litigation Branch, Appellate Section

Address PO Box 502

City, State, Zip Code Washington, DC 20044

Phone (202) 514-3361 Fax (202) 514-8456

**Primary E-Mail Address (required)** francesca.ugolini@usdoj.gov
**Additional E-Mail Address (1)** appellate.taxcivil@usdoj.gov
**Additional E-Mail Address (2)** __________
**Additional E-Mail Address (3)** __________

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

**SIGNATURE OF COUNSEL:** /s/ Francesca Ugolini

---

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2026, I electronically filed the foregoing appearance form with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system. I further certify that some participants in the case are not registered CM/ECF users. I have mailed the foregoing appearance by First-Class Mail, postage prepaid, for delivery within 3 calendar days to the following non-CM/ECF participant:

Daria Kovarikova
211 Ridge Road
Annville, PA 17003

/s/ Francesca Ugolini
FRANCESCA UGOLINI
*Attorney*