**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

**No.** 25-2849

Jaromir Kovarik; Daria Kovarikova vs. United States; Commissioner of Internal Revenue

Calendar Date 10/21/2026 Location Philadelphia, PA

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Francesca Ugolini

Designation of Arguing Counsel: Francesca Ugolini

Member of the Bar: ☑ Yes ☐ No

Representing (check only one):

☐ Petitioner(s) ☐ Appellant(s) ☐ Intervenor(s)

☐ Respondent(s) ☑ Appellee(s) ☐ Amicus Curiae

Please list the name of the lead party being represented:

United States; Commissioner of Internal Revenue

---

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October, 2026, I electronically filed the foregoing Acknowledgment of Arguing Counsel form with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system. I further certify that some participants in the case are not registered CM/ECF users. I have mailed the foregoing appearance by First-Class Mail, postage prepaid, for delivery within 3 calendar days to the following non-CM/ECF participant:

Daria Kovarikova
211 Ridge Road
Annville, PA 17003

/s/ Francesca Ugolini
FRANCESCA UGOLINI
*Attorney*